ANTHONY GALLO, Plaintiff, v FACILITIES DEVELOPMENT CORPORATION et al., Defendants. FACILITIES DEVELOPMENT CORPORATION et al., Third-Party Plaintiffs-Appellants, v G-A MASONRY, Third-Party Defendant-Respondent. (Appeal No. 1.) [689 NYS2d 902] —Appeal by third-party plaintiffs Pike/McCarthy, The Pike Company, Inc., and McCarthy Brothers Company unanimously dismissed upon stipulation and order affirmed without costs. Memorandum: Third-party plaintiff The Facilities Development Corporation did not raise the issue of its entitlement to counsel fees and disbursements in its brief. That issue is therefore deemed abandoned (*see, Ciesinski v Town of Aurora*, 202 AD2d 984). (Appeal from Order of Supreme Court, Monroe County, Lunn, J.—Summary Judgment.) Present—Denman, P. J., Green, Pine, Hayes and Hurlbutt, JJ.